UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Moose , <br><br>　　　　Plaintiff, <br><br>　v. <br><br>Jackie Lee Boster, <br><br>　　　　Defendant. | Case No. 2:20-cv-02212-KJM-DB <br><br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** Judgment is hereby entered in accordance with the 4/2/2021 Notice of Acceptance with offer of Judgement [15].

May 14, 2021　　　　　　　　　　　　　　　　KEITH HOLLAND, CLERK

　　　　　　　　　　　　　　　　　　　　　　By: /s/ A.Tupolo, Deputy Clerk