UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MOOSE,<br><br>    Plaintiff,<br><br>v.<br><br>JACKIE LEE BOSTER, dba JACK'S PUB & GRILL ,<br><br>    Defendant. | CASE NO. 2:20-cv-02212-KJM-DB<br><br>ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff Eric Moose hereby acknowledges that the judgment entered in his favor and against Defendant Jackie Lee Boster dba Jack's Pub & Grill on May 14, 2021 (ECF 18) has been satisfied in full and therefore, the parties requests that this matter be dismissed with prejudice from the Court's docket with each party to bear their own attorney's fees and costs by stipulation of the parties as indicated below.

Dated:  June 8, 2021                    DERBY, McGUINNESS & GOLDSMITH, LLP

                                                */s/ Steven L. Derby*
                                        By:   Steven L. Derby, Esq.
                                                  Attorneys for Plaintiff
                                                  ERIC MOOSE

Dated: June 22, 2021					CORFEE STONE LAW CORPORATION

							/s/ *Catherine M. Corfee*
						By:	Catherine M. Corfee
							Attorneys for Defendant
							JACKIE LEE BOSTER
							dba JACKS PUB & GRILL

## ORDER

Good cause appearing, the court adopts the satisfaction of judgment by the parties, ECF No. 19.

IT IS SO ORDERED. CASE CLOSED.

DATED: June 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE